IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 17 C 1601 |
| ENVIRONMENTAL CLEANSING CORPORATION, an Illinois corporation, | ) ) ) ) | JUDGE JOAN H. LEFKOW |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, ENVIRONMENTAL CLEANSING CORPORATION, an Illinois corporation, in the total amount of $821.55, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,430.00.

On March 6, 2017, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Mary Callan) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on March 27, 2017. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CLJ\Environmental Cleansing\motion for entry of default and judgment (2).cms.df.wpd

# CERTIFICATE OF SERVICE

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 9th day of June 2017:

   Mr. Matthew A. Konopko, Registered Agent/President
   Environmental Cleansing Corporation
   16612 S. Crawford Avenue
   Markham, IL   60428


                  /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CLJ\Environmental Cleansing\motion for entry of default and judgment (2).cms.df.wpd